# IN THE UNTIED STATES DISTRICT COURT
# FOR THE DISTRICT FOR NEW MEXICO

MARISELA BACA,

      Plaintiff,

v.

                                      No. 1:16-cv-00983-KRS

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

      Defendant.

## ORDER SETTING TELEPHONIC CONFERENCE

**THIS MATTER** is before the Court *sua sponte*, following a review of the record in the above-titled cause. The Court, being fully advised in the premises, FINDS and CONCLUDES that it will hear oral arguments on the parties' respective pleadings prior to rendering a decision on Plaintiff's Motion to Reverse and Remand for Rehearing [Doc. No. 20]. Accordingly, the Court will hold a telephonic conference to schedule a suitable hearing date and to discuss preparation for the hearing on oral arguments.

**IT IS, THEREFORE, ORDERED** that the parties shall call the Court's "meet-me" line at **(505) 348-2694** on **September 25, 2017 at 2:00 p.m.** for the purpose of scheduling a date for the Court to hear oral arguments and to discuss preparation for the hearing on oral arguments.

                                                      KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE